

# Fourth Court of Appeals
## San Antonio, Texas

October 20, 2015

No. 04-15-00238-CV

Erasmo **FIGUEROA**,
Appellant

v.

**VILLAS OF VISTA DEL NORTE**,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 2015CV01973
Honorable David J. Rodriguez, Judge Presiding

## O R D E R

Appellant's motion for extension of time to file brief is hereby GRANTED. Time is extended to October 27, 2015. NO FURTHER EXTENSIONS WILL BE ALLOWED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court